Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
Robert Dodson

Martin Orlick, SBN 83908
**JEFFER, MANGELS, BUTLER & MARMARO, LLP**
Two Embarcadero Center, 5th Floor
San Francisco, CA 94111
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorney for Defendant
Bed Bath & Beyond of California, LLC

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dodson, | Case No. 2:10-cv-01022-FCD-GGH |
| Plaintiff, | |
| vs. | **STIPULATION AN D ORDER TO CONTINUE FILING OF JOINT STATUS REPORT DUE TO PENDING SETTLEMENT DISCUSSIONS** |
| Creekside Holdings, Inc., *et al.*, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES: The parties to this action, Plaintiff Robert Dodson and Defendant Bed Bath & Beyond of California, LLC, hereby request the date of filing for the Joint Status Report, presently set for July 30, 2010, be continued 21 days to August 20, 2010, in order to allow the parties to conclude settlement and issue-narrowing discussions.

Dated: July 23, 2010       DISABLED ADVOCACY GROUP, APLC

                            /s/ Lynn Hubbard III, Esq.
                           LYNN HUBBARD III, ESQ.
                           Attorney for Plaintiff
                           Robert Dodson

Dated: July 22, 2010       JEFFER, MANGELS, BUTLER & MARMARO, LLP

                            /s/ Martin Orlick, Esq.
                           MARTIN ORLICK, ESQ.
                           Attorney for Defendant
                           Bed Bath & Beyond of California, LLC

## **ORDER**

GOOD CAUSE APPEARING, the deadline for the parties' Joint Status Report is continued to August 20, 2010.

Dated: July 23, 2010

                           _____
                           FRANK C. DAMRELL, JR.
                           UNITED STATES DISTRICT JUDGE