UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT DOBSON,

      Plaintiff,

  v.

CREEKSIDE HOLDINGS, INC., et al.,

      Defendants.
_____/

NO.  CIV. S-10-1022 FCD GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled between plaintiff and defendants Donahue Schriber Realty Group, LP, Creekside Holdings, Inc., Toys'R'Us - Delaware, Inc., Michael's Stores, Inc., Old Navy, LLC., and Bed Bath & Beyond of California, LLC only.

    In accordance with the provisions of Local Rule 160, dispositional documents as to these defendants are to be filed on or before September 17, 2010.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: August 20, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE