1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  MARTIN H. ORLICK, SBN 083908
   JEFFER, MANGELS, BUTLER & MARMARO LLP
8  Two Embarcadero Center, Fifth Floor
   San Francisco, CA 94111-3824
   Telephone: (415) 398-8080
9  Facsimile: (415) 398-5584

10 Attorneys for Defendant
   Bed Bath & Beyond of California, LLC
11 dba Bed Bath & Beyond #307

12

13                 UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

16 ROBERT DODSON,                    Case No. 2:10-CV-01022-FCD-GGH

17        Plaintiff,

18 v.                                STIPULATION FOR DISMISSAL OF
                                     DEFENDANTS DONAHUE SCHRIBER
19 CREEKSIDE HOLDINGS, INC., et al.  REALTY GROUP, LP; BED BATH &
                                     BEYOND OF CALIFORNIA, LLC; OLD
20        Defendants.                NAVY, LLC dba OLD NAVY #6552; and
                                     MICHAEL'S STORES, INC.; and
21 _____/   **ORDER**

22        TO THE COURT AND TO ALL PARTIES:

23        Plaintiff, ROBERT DODSON, and defendant, BED BATH & BEYOND OF

24 CALIFORNIA, LLC dba BED BATH & BEYOND #307 (who answered in this action as

25 Bed Bath and Beyond, Inc.), stipulate to and jointly request that this Court enter a dismissal

26 with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ.

27 P. 41(a)(2) **as to defendants DONAHUE SCHRIBER REALTY GROUP, LP; BED**

28

                                  - 1 -

1  **BATH & BEYOND OF CALIFORNIA, LLC dba BED BATH & BEYOND #307; OLD**

2  **NAVY, LLC dba OLD NAVY #6552 and MICHAEL'S STORES, INC. dba**

3  **MICHAEL'S STORE #1680** *only*.

4        Nothing in this dismissal shall be construed to affect plaintiffs' complaint and claims

5  against defendants other than defendants **DONAHUE SCHRIBER REALTY GROUP, LP;**

6  **BED BATH & BEYOND OF CALIFORNIA, LLC dba BED BATH & BEYOND #307;**

7  **OLD NAVY, LLC dba OLD NAVY #6552; and MICHAEL'S STORES, INC. dba**

8  **MICHAEL'S STORE#1680**.

9

10  Dated: September ____, 2010        DISABLED ADVOCACY GROUP, APLC

11

12                                         _____*/s/*_____
                                       LYNN HUBBARD III

13                                         Attorney for Plaintiff ROBERT DODSON

14  Dated: September____, 2010        JEFFER, MANGELS, BUTLER & MARMARO

15                                           LLP

16                                         _____*/s/*_____

17                                         MARTIN H. ORLICK
                                       Attorney for Defendant BED BATH & BEYOND

18                                         OF CALIFORNIA, LLC

19                               **ORDER**

20        IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-

21  01022-FCD-GGH, is hereby dismissed with prejudice as to defendants DONAHUE

22  SCHRIBER REALTY GROUP, LP; BED BATH & BEYOND OF CALIFORNIA, LLC dba

23  BED BATH & BEYOND #307; OLD NAVY, LLC dba OLD NAVY #6552; and

24  MICHAEL'S STORES, INC. dba MICHAEL'S STORE#1680.

25

26  Dated: September 20, 2010

27

28                           _____
                         FRANK C. DAMRELL, JR.
                         UNITED STATES DISTRICT JUDGE