UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | NO.  CIV. S-10-1022 FCD GGH |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| CREEKSIDE HOLDINGS, INC., et al., | |
| Defendants. | |
| _____/ | |

Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled between plaintiff and defendant Barnes & Noble Booksellers, Inc. only.

In accordance with the provisions of Local Rule 160, dispositional documents as to defendant Barnes & Noble Booksellers, Inc. are to be filed on or before November 30, 2010.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: October 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE