**DISABLED ADVOCACY GROUP, APLC**
Lynn Hubbard III (SBN 69773)
usdceast@hubslaw.com
Scottlynn Hubbard IV (SBN 212970)
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
Robert Dodson

**EISENBERG RAIZMAN THURSTON & WONG LLP**
David H. Raizman (SBN 129407)
draizman@ertwllp.com
Christopher F. Wong (SBN 142507)
cwong@ertwllp.com
Elena S. Min (SBN 235065)
emin@ertwllp.com
10880 Wilshire Boulevard, Eleventh Floor
Los Angeles, California 90024
Telephone: (310) 445-4400
Facsimile: (310) 445-4410

Attorneys for Defendant
Barnes & Noble Booksellers, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>        Plaintiff,<br>    vs.<br><br>CREEKSIDE HOLDINGS, INC., et al,<br><br>        Defendants. | Case No. 2:10-CV-01022-FCD-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BARNES & NOBLE BOOKSELLERS, INC.**<br><br>Judge:    Hon. Frank C. Damrell<br><br>Discovery Cut-Off:    July 11, 2011<br>Trial Date:    April 17, 2012 |

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
2  plaintiff Robert Dodson ("Plaintiff") and defendant Barnes & Noble Booksellers,
3  Inc. ("Barnes & Noble"), by and through their respective attorneys of record,
4  stipulate that:

5      1.    Plaintiff's Complaint in the above-entitled action shall be dismissed
6  with prejudice as against Barnes & Noble; and

7      2.    Plaintiff and Barnes & Noble each shall bear his or its own costs and
8  fees in the action.

9      IT IS SO STIPULATED.

10

11  Date:  October 31, 2010            Respectfully submitted,

12                                             **DISABLED ADVOCACY GROUP, APLC**
13                                             Lynn Hubbard, III
                                           Scottlynn Hubbard, IV
14

15                                             By:  _/s/  Lynn Hubbard III_   /
16                                                            Lynn Hubbard III
                                           Attorneys for Plaintiff
17                                             Robert Dodson

18

19  Date:   October 31, 2010            Respectfully submitted,

20                                             **EISENBERG RAIZMAN THURSTON & WONG LLP**
21                                             David H. Raizman
                                           Christopher F. Wong
22                                             Elena S. Min

23                                             By:  _/s/  Elena S. Min_         /
24                                                            Elena S. Min
                                           Attorneys for Defendant
25                                             Barnes & Noble Booksellers, Inc.

26  / / /
27  / / /
28

EISENBERG RAIZMAN THURSTON & WONG LLP
10880 Wilshire Blvd, Eleventh Floor
Los Angeles, California 90024

## **ORDER**

Having reviewed the Stipulation for Dismissal With Prejudice of Defendant Barnes & Noble Booksellers, Inc. submitted by plaintiff Robert Dodson and defendant Barnes & Noble Booksellers, Inc.,

IT IS HEREBY ORDERED that the action and all claims against defendant Barnes & Noble Booksellers, Inc. are dismissed with prejudice.  Each party shall bear his or its own costs and fees.

Dated: November 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE OF BARNES & NOBLE and [PROPOSED] ORDER THEREON

EISENBERG RAIZMAN THURSTON & WONG LLP
10880 Wilshire Blvd, Eleventh Floor
Los Angeles, California 90024